AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*         DISTRICT OF   NEVADA

KEVIN BROOKS,

      Petitioner,   JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER:  3:01-cv-0236-ECR-VPC

E.K. McDANIEL, et al.,

      Respondents.


___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Motion for Relief from Judgment [9] is DENIED. FURTHER ORDERED that petitioner is DENIED A CERTIFICATE OF APPEALABILITY as to this or any previous order entered in this action.


 April 20, 2011                                  **LANCE S. WILSON**
                                                          Clerk

                                                     /s/ M. Campbell
                                                   Deputy Clerk